■ RENEE L. BREAN et al., Appellants, v RICK D. LOVE, Respondent. [908 NYS2d 381]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered December 21, 2009 in a personal injury action. The order denied the motion of plaintiffs for partial summary judgment on the issue of liability.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Smith, Fahey and Green, JJ.